Deposition of James Lee Sons, taken December 8, 2016

Page 1

```
IN THE UNITED STATES DISTRICT COURT FOR THE
       NORTHERN DISTRICT OF MISSISSIPPI
              OXFORD DIVISION


JAMES LEE SONS, individually and
on behalf of the wrongful death
beneficiaries of JAMES ALLEN
PARKS SONS, deceased              PLAINTIFFS

VS.                       NO. 3:16-CV-181-MPM-RP

BENTON COUNTY, MISSISSIPPI, ET AL    DEFENDANTS



**********************************************

        VIDEOTAPED DEPOSITION OF JAMES LEE SONS

**********************************************




       TAKEN AT THE INSTANCE OF THE DEFENDANTS
  IN THE LAW OFFICES OF FARESE, FARESE & FARESE, P.A.
        122 CHURCH STREET, ASHLAND, MISSISSIPPI
     ON DECEMBER 8, 2016, BEGINNING AT 9:54 A.M.



                APPEARANCES NOTED HEREIN



Reported by:  REGINA D. RUSSELL, RPR, CCR 1110
_____
               ADVANCED COURT REPORTING
                    P.O. BOX 761
                TUPELO, MS 38802-0761
                   (662) 690-1500
```



```
 1   at this point.
 2       Q.   Okay.  And that was based on his anger
 3   issues and --
 4       A.   And the thing up with the --
 5       Q.   The gun?
 6       A.   Yeah.  The gun, shooting outside.
 7       Q.   Right.  And I assume maybe based on your
 8   previous experience with him?
 9       A.   Correct.
10       Q.   Okay.  But, again, he had not told you that
11   he was going to kill himself and he had not put a gun
12   in his mouth or, as far as you know, threatened to
13   hurt himself?
14       A.   Right.
15       Q.   At least in this time period; is that
16   correct?
17       A.   Yeah, that's correct.
18       Q.   Okay.  Now, based -- after your
19   conversation with Joe on September 18th, 2015, you
20   traveled over to the chancery clerk's office in
21   Benton County.  Do you remember doing that?
22       A.   Yes.
23       Q.   Do you remember speaking with the chancery
24   clerk or one of her assistants?
25       A.   Chancery clerk.
```

1  Q. What is her or his name; do you remember?
2  A. No. But I got it wrote down.
3  Q. That's fine. It's not a memory contest.
4  I'm just trying to find out what you know. Now, I
5  want to turn your attention to Exhibit 3. Okay? If
6  you want to get your glasses.
7  A. Yes.
8  Q. Exhibit 3 is what we call a Writ to Take
9  Custody. This is the court order issued by the
10 chancery court designee giving Joe Batts and the
11 Benton County Sheriff's Department an order to go and
12 detain Jimmy. Okay?
13 A. Okay.
14 Q. I'll represent to you that. And I don't
15 see your handwriting anywhere on that first page.
16 Will you confirm that for me, please, sir?
17 A. Yes. This is my handwriting.
18 Q. Okay.
19 A. Looks like my printing.
20 Q. I think that's Mr. Batts' handwriting, but
21 I don't know that to be the case. But you believe
22 that's your handwriting?
23 A. Yeah. But, I mean, she could have had her,
24 they kind of look close to the same too.
25 Q. Okay. Do you remember writing James Sons,