TITLE: Medical Services

SUBJECT: Medical Procedures

**POLICY** - In an effort to maintain the health of inmates and for the protection of the Jailers, the Facility shall provide necessary medical care.

**PROCEDURE**

Receiving medical screening shall be performed on every inmate admitted to the Benton County Jail. The Booking Officer will be responsible for completing the Screening Form during the booking process. Any medical problems discovered during the receiving screening shall be referred immediately to the Chief Deputy and/or Jail Administrator. Non-emergency medical care shall be handled as follows:

A. Inmate requests for medical care shall be submitted by the inmate by use of the Medical Request Form which will be collected by the Jailer on duty as he/she makes his/her rounds. The Jailer on duty shall place the requests for medical services in the day shift tray. These requests will be evaluated and acted upon by the day shift Jailer and/or Jail Administrator. Emergency medical and dental care shall be handled as follows:

B. When a medical emergency arises, the Jailer will notify the Jail Administrator and/or Chief Deputy. The Jailer on the scene of the medical emergency will begin administering first-aid, provided he/she has received the necessary training. The Jailer shall notify the dispatcher to call the ambulance, Jail Administrator and Chief Deputy. The responsible physician

shall be notified of the emergency and further action shall be taken upon direction of the responsible physician. In all instances, if the inmate is transported to a doctor or hospital, the inmate **SHALL** be accompanied by an officer. If dental services are required, the Jailer shall contact the Facility's dentists. The Jailer shall then follow the instructions of the dentist. All psychiatric emergencies shall be handled in the same manner as medical emergencies.

**Pharmaceuticals shall be handled in the following manner:**

A. All prescription medications are kept in a locked cabinet in the dispatch room. The medical cabinet will stay locked at all times. **NO TRUSTY'S** are allowed in the Medical cabinet. Medications are passed out by the Jailers. Each Medication is recorded on the Medication Form and initialed by the person dispensing the drug. In addition thereto, the inmate will initial the acceptance or refusal of the drug. After the prescription is finished or the inmate is released, the medication log will be added to the individual inmate jail record.

B. Jailers will ensure that each inmate takes his/her medication at the time it is dispensed to them.

C. If an inmate is released from this Facility, he/she may take their prescription drugs with them or if they refuse the Jailer may dispose of them by flushing the medicine into the sewer system. No mediations shall be held by this Facility after thirty (30) days of release.

Notification of next of kin shall be handled in the following manner:

A. In each inmate's jail file is the name and address of the next of kin or legal guardian, who is to be notified by the Jailer on duty in case of serious illness or injury. The Jailer on duty shall notify the next of kin as soon as possible. The Jailer on duty shall notify the Jail Administrator and/or Chief Deputy in the event something of this nature occurs.

D 28