FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES LEE SONS, individually, and on
behalf of the wrongful death beneficiaries
of JAMES ALLEN PARKS SONS, deceased**                     **PLAINTIFF**

**VS.**                     **CIVIL ACTION NO. 3:16 –CV-181-MPM-RP**

**BENTON COUNTY, MISSISSIPPI, ET AL.**                     **DEFENDANTS**

**EXHIBIT 1 TO DEFENDANTS' SECOND MOTION IN LIMINE**

Benton County Sheriff's Department and State Medical Examiner's report regarding death of William Thompson . The exhibit is 5 pages in length. Defendants' will request that Exhibit1 be filed under seal.