IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES LEE SONS, individually, and on behalf of the wrongful death beneficiaries of JAMES ALLEN PARKS SONS, deceased**     **PLAINTIFF**

V.     NO. 3:16CV181M-P

**BENTON COUNTY, MISSISSIPPI, ET AL.**     **DEFENDANTS**

### ORDER

Defendants have filed an unopposed motion to seal sixty-five photos depicting the corpse of the decedent in this case. The court finds the motion to be well taken, and it is therefore ordered that the motion to seal [80-1] is granted.

So ordered, this the 1st day of September, 2017.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI